**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| WENDY ANN LEWIS, | : | |
| Debtor. | : | Bankruptcy No. 10-12633 JKF |
| | : | |
| HARTFORD FIRE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | |
| WENDY ANN LEWIS, | : | |
| Defendant. | : | Adversary No. 10-0354 |

# O R D E R

**AND NOW**, following a consolidated trial in the above adversary proceeding and Plaintiff's proof of claim (claim no. 3, the "Proof of Claim"), after consideration of the evidence and the parties' submissions, and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED** that:

1. **JUDGMENT** is entered in favor of the **Defendant** and against Plaintiff Hartford Fire Insurance Company with regard to all counts of this adversary proceeding.

2. The Defendant's Objection to the Proof of Claim is **SUSTAINED**; the Proof of Claim is **disallowed**.

Date:  July 19, 2012.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Joanne Marie Bonacci, Esquire
Dreifuss Bonacci & Parker LLP
1500 Market Street, 12th Floor
East Tower
Philadelphia, PA 19102

Paul Harry Mandal, Esquire
Dreifuss Bonacci & Parker LLP
26 Columbia Turnpike, Suite 100
North Entrance
Florham Park, NJ 07932

Corinne Michelle Samler, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Paul J. Winterhalter, Esquire
Law Offices of Paul J Winterhalter, P.C.
1717 Arch Street, Suite 4110
Philadelphia, PA 19103